Ray E. Gallo (SBN 158903)
rgallo@gallo.law
Gallo LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Phone: (415) 257-8800

Edward J. Wynne (SBN 165819)
ewynne@wynnelawfirm.com
George R. Nemiroff (SBN 262058)
gnemiroff@wynnelawfirm.com
WYNNE LAW FIRM
80 E Sir Francis Drake Blvd, Suite 3G
Larkspur CA 94939
Phone: (415) 461-6400

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REGINALD ABLES, DEBORAH ABNEY, LOUIS ALVARADO, SALOMON AVALOS, RICHARD BABCOCK, ROBERT BALESTIERI, MANDI BARRERA, ADDIE BECKETT, DAVE BLAKE, SAMANTHA BRAGG, RAUL CAMPOS, ERIKA CARRENO, JULISSA CARUCCI, ROSIO CASTILLON, TYNG CHINN, TONY CHOI TOM CHVALA, TRISHA CLARA-AEDO, MARLAINA CLINE, JAIME CONTRERAS, ALEXANDER CORREA, JOSE CRUZ, ROBERT DAI, ROBERT DUMANDAN, CARLOS ESCANDON, KENNETH FISHER, ELAINE FRANK, ANTHINY GIANNINI, RALPH GONZALEZ, BRAD HAGGARD, TODD HAYDEN, RAFAEL HERNANDEZ, DIANNE HICKEY, JESSICA HIGH, HARRY HUNG, LATREVA ITUAH, GREG KAUFMAN, ROBERT KONG, GEORGE KONNICK, JEAN KUHN, DHIRENDRA KUMAR, SABRINA LEE, SHANNON LEE, NICOLE LERMA, STACEY LIND, GLORIA | Case No.: 3:21-cv-02460-MMC<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Maxine M. Chesney |

LOPEZ, JOHN LORENZ, STACY LUNA, NICOLE MARIN, ROBERT MATUSZAK, MATTHEW MURPHY, HEIDI MURRELL, ERIC NAU, TED NEGRANZA, CHRISTOPHER NELSON, REBECCA O'BRIEN, ASHLEY PARKER, LEONARD PATANE, KRISTOPHER PAVIA, JEREMY PUCKETT, ERIC QUINTERO, HUNTER RICHMOND, RAMON RICO, ROBERT SCHEVEN, JANET SHAW, ROBERT SILVA, STEVEN SMITH, KELLY SPURLOCK, RICHARD STEFFEN, JOSE VARGAS, JASON WONG, SARAH WRIGHT, YADER ZAMORA, and SERGIO ZEPEDA,

Plaintiffs,

v.

WALGREEN CO., an Illinois Corporation, and DOES 1-50, inclusive,

Defendants.

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am employed in Marin County, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 80 E. Sir Francis Drake Boulevard, Suite 3G, Larkspur, CA 94939.

On April 26, 2021, I served on the interested parties in this action the within document(s) entitled:

**CASE MANAGEMENT CONFERENCE ORDER; STANDING ORDER FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER FOR ALL JUDGE OF THE NORTHERN DISTRICT OF CALIFORNIA**

☑ **BY ELECTRONIC MAIL (F.R.C.P. rule 5(b)(E)):** I caused said document(s) to be mailed electronically to the parties listed below.

Allison C. Eckstrom
Bernice E. Diaz
BRYAN CAVE LEIGHTON PAISNER LLP
1920 Main Street, Suite 1000
Irvine, CA 2614-7276
allison.eckstrom@bclplaw.com
bernice.diaz@bclplaw.com
*Attorneys for Defendant*

Ray E. Gallo
Gallo LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
rgallo@gallo.law
*Attorneys for Plaintiff*

Daria Carlson
BRYAN CAVE LEIGHTON PAISNER LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
daria.carlson@bclplaw.com
*Attorneys for Defendant*

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 26, 2021 at Larkspur, California.

Heidi C. Hall
________________________
Heidi Hall